**AFFIDAVIT OF SERVICE**
**C.N.Y PROCESS SERVICE, INC.**

Case No. 04-CV-1681 Judge Wood
RJI No.
Attorney: Blitman

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

NATIONAL BASKETBALL PLAYERS ASSOCATION; AND NATE HUFFMAN,
　　　　　　　　　　　　　　　**Plaintiff (s)**
　　　　　-against-
NATIONAL BASKETBALL ASSOCIATION; AND MAPLE LEAF SPORTS &
ENTERTAINMENT, LTD. D/B/A TORONTO RAPTORS
　　　　　　　　　　　　　　　**Defendant (s)**

State of New York, County of Onondaga ss: The undersigned, being duly sworn deposes and states: deponent is not a party herein, is over the age of 18 years and resides in the State oif New York

That on March 12, 2004 at 10:50 a.m./~~p.m.~~ located at 645 Fifth Ave. Olympic Tower NY, NY 1002 deponent served the within Summons in a Civil Case Complaint to Confirm Arbitration Award Exhibits A-D and attached Individual Practices of Hon. Kimba M. Wood United States District Court Southern District of New York and Individual Practices of Magistrate Judge Michael H. Dolinger _on NATIONAL BASKETBALL ASSOCIATION_ recipient therein named.

☐ **CORPORATION**   a_____ corporation, by delivering thereat a true copy of each to Michelle C. Pujals personally, deponent knew said corporation so served to be the cornoration described in said document as said recipient and knew said individual to be Asst. Gen. Counsel thereof

Deponent also effectuated service upon the defendant by mailing a copy of said documents by Regisitered Mail Return Receipt Requested on 3/12/04 2004 from_____ bearing United States Postal Service Registration **Number** RB347476802US.

**DESCRIPTION: Race** W  **Sex** F  **Height** 5'3  **Weight** 120  **Age** 29  **Hair** Br

Sworn to before me this
12 day of March 2004

NOEMI MERCADO
NOTARY PUBLIC, State of New York
No. 01ME6067429
Qualified in Queens County
Commission Expires December 10, 2005

(print name beneath signature)
Neil J. Schrager
Lic. No. 0864972

Case 1:04-cv-01681-SAS    Document 4    Filed 03/19/2004    Page 2 of 2

