UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL BASKETBALL PLAYERS
ASSOCIATION; AND NATE HUFFMAN

                Plaintiffs,

- against -          Civil Action No.
                            04-CV-1681

NATIONAL BASKETBALL ASSOCIATION;
AND MAPLE LEAF SPORTS &
ENTERTAINMENT, LTD. d/b/a
TORONTO RAPTORS,
                Defendants.

---

### PLAINTIFFS' NOTICE OF DISMISSAL

Plaintiffs file their notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiffs are Nate Huffman and The National Basketball Players Association; defendants are the Toronto Raptors and The National Basketball Association.

2. On February 11, 2004, plaintiffs sued defendants.

3. Defendants have been served with process.

4. Defendants have not filed an answer or motion for summary judgment.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7.  Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8.  This dismissal is with prejudice.

Dated: April 5, 2004

Respectfully submitted,

Gary A. Hall
Nathaniel G. Lambright
BLITMAN & KING, LLP
Franklin Center Suite 300
443 North Franklin Street
Syracuse, NY 13204-1415
Telephone: (315) 422-7111

Ronald Klempner
NATIONAL BASKETBALL PLAYERS
ASSOCIATION
Two Penn Plaza
Suite 2430
New York, NY 10121

Attorneys for Nate Huffman and the National
Basketball Players Association

wlr\ngl\NBPA\huffmanNotDismissal