

Jeffrey A. Mishkin (JM 8380)
Anthony J. Dreyer (AD 3571)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000 (telephone)

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
In the Matter of the Arbitration Between    :

NATIONAL BASKETBALL PLAYERS
ASSOCIATION; and NATE HUFFMAN,    :      04 CV 1681 (SAS)

                Plaintiffs,    :

         - v -    :

NATIONAL BASKETBALL ASSOCIATION;    :
and MAPLE LEAF SPORTS &
ENTERTAINMENT, LTD. d/b/a TORONTO    :
RAPTORS,

                Defendants.    :
------------------------------------- x

**STIPULATED EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties below, that defendants' time to file and serve an answer or otherwise move in response to the Complaint is extended to April 21, 2004.

| | |
|---|---|
| Gary A. Hall<br>Nathaniel Lambright<br>BLITMAN & KING LLP<br>Franklin Center, Suite 300<br>443 North Franklin Street<br>Syracuse, New York 13204-1415<br><br>Attorneys for Plaintiffs<br>National Basketball Players Association;<br>and Nate Huffman<br><br>By: _____ | Jeffrey A. Mishkin<br>Anthony J. Dreyer<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>Four Times Square<br>New York, New York 10036<br><br>Attorneys for the Defendants<br>National Basketball Association and<br>Maple Leaf Sports & Entertainment Ltd,<br>d/b/a Toronto Raptors<br><br>By: _____ |

SO ORDERED:

_____
The Honorable Shira A. Scheindlin, U.S.D.J.
Dated: April ___, 2004